JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LIBMAN,<br><br>   Plaintiff,<br><br>v.<br><br>MICHAEL NELSON FEUER et al.,<br><br>   Defendants. | Case No. 2:25-cv-03725-SB-JDE<br><br>FINAL JUDGMENT |

    For the reasons stated in the separate order granting Defendants' motion to dismiss entered this day, Plaintiff's claims are dismissed.

    This is a final judgment.

Date: June 30, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge